UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:   AU:19-CR-00181(1)-RP |
| | § | |
| (1) Randy Ramone Council | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  August 21, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant Randy Ramone Council, which alleged that Council violated a condition of his supervised release and recommended that Council 's supervised release be revoked (Clerk's  Document No. 57).  A warrant issued and Council was arrested.  On September 17, 2025, Council appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Council appeared before the magistrate judge on September 19, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on September 19, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Council, the magistrate judge recommends that this court revoke Council supervised release and that Council be sentenced to imprisonment for

15months, with no term supervised release to follow the term of imprisonment (Clerk's Document No. 74).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 74 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) Randy Ramone Council's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) Randy Ramone Council be imprisoned for 15months with no term of supervised release.

Signed this 7th day of October, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE